No. 90-8456. DOWNS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 90-8457. CARYL v. MCCORMICK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 90-8458. BLISSETT v. LEFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 90-8459. GARCIA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90-8460. GOMEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90-8461. GLOVER v. MARSH, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 90-8462. WILLIAMS v. DAVIS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90-8463. CLOFER v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 90-8464. CARTER v. JONES, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 90-8465. DERRYBERRY v. BOWLES. C. A. 5th Cir. Certiorari denied.

No. 90-8467. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90-8468. ERICKSON v. SUPREME COURT OF MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 90-8469. BROADNAX v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90-8470. FERGUSON v. RJR NABISCO, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 90-8471. CUMMINGS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.